# United States District Court

**United States District Court
Southern District of Texas
FILED**

SOUTHERN                  DISTRICT OF          TEXAS

JUL 17 2015

McAllen, Division

UNITED STATES OF AMERICA

V.

**Ilsie Yvette Cardoza**
A208 275 662
YOB: 1997
COC: USA

Name and Address of Defendant

CRIMINAL COMPLAINT

David A. Bradley, Clerk

Case Number: M-15-1187-M

I the undersigned complainant, state the following is true and correct to the best of my knowledge and belief. On or about __July 16, 2015__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendant(s) did,

knowing or in reckless disregard of the fact that an alien has come to, entered, or remain in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law and conspired to bring alien to the United States disregarding any official action which may later be taken to such alien,

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii) & 1324(a)(1)(A)(v)__
I further state that I am a(n) __Customs and Border Protection Officer__ and that this complaint is based on the following facts:

See Attachment A

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant

**Approved By:   J. Sturgis**

**Nidia Trevino**
Printed Name of Complainant

**July 17, 2015**                  10:05pm   at   **McAllen, Texas**
Date                                                City and State

**Peter E. Ormsby**
**U.S. Magistrate Judge**                         _____
Name and Title of Judicial Officer                 Signature of Judicial Officer

Attachment A

On July 16, 2015, the defendant, a United States citizen, attempted to bring illegally into the United States at the Hidalgo Port of Entry (POE) alien child C.M.C.G.(female, 7 years old), a Mexican citizen, as a United States citizen. At pedestrian primary, the defendant claimed the child as her younger sibling (step-sister), that she was a United States citizen, and presented a McAllen, Texas birth certificate bearing the name I.A. as proof. During the initial inspection, the defendant interrupted and would answer questions directed to the child. The defendant and the child were referred into secondary for further inspection.

In secondary, the defendant continued to claim the child was her sister. The child was asked to write her name on a piece of paper and did so but provided a different name. Upon being confronted with this information, the defendant admitted that the child was not her sister and that the child was a citizen of Mexico. She went on to say that she had made arrangements with her neighbor, Anahi G. GARCIA-Vega, (the child's mother) to have the child brought into the United States illegally. The defendant admitted that on July 16, 2015, she took her true sister's birth certificate from her mother's purse, and was driven by Ms. GARCIA to Hidalgo, Texas. She then met with the child's grandmother in Reynosa, Tamaulipas Mexico, took custody of the child and made her way back to the Hidalgo POE. If successful, the defendant was to turn the child over to Ms. Garcia who was residing in the United States illegally. The defendant claimed she was not going to get compensated in any way and stated she was only attempting to bring the child in as a favor to her friend.

CBP Officers made several attempts to contact Ms. Garcia. She eventually arrived at the POE to claim her child. She went on to say that she had discussed her need to bring her daughter into the United States with Beatriz Arroyo, the defendant's mother. She claimed that they agreed to have her drive the defendant to Hidalgo, and to have the defendant walk across the bridge once she had custody of the child. Ms. Garcia would be waiting for them at a local restaurant close to the POE. Ms. Garcia claimed that she was going to give the defendant $100.00 dollars for her services.

Database queries on the child and Ms. Garcia revealed no legal status in the United States. The child was transported to the Rio Grande Valley, Centralized Processing Center pending housing.